JOHN F. RYAN (JF-1762)
McDERMOTT & RADZIK, LLP
*Attorneys for Defendant*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY  10005-1801
(212) 376-6400
(Our File:  GM-08-3618 JFR/CGP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CARMEN D'ALLESANDRO,

                Plaintiff,

    - against

MODERN CONTINENTAL, INC. and
STERLING EQUIPMENT, INC.,

              Defendants.

-----------------------------------------------------------X

**ECF CASE**

**07 Civ. 9725 (SWK) (DCF)**

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, Sterling Equipment, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**None Known to Exist.**

Dated: New York, New York
      March 14, 2008

                        _____
                        JOHN F. RYAN (JR-1762)
                        McDermott & Radzik, LLP
                        *Attorneys for Sterling Equipment, Inc.*
                        Wall Street Plaza - 88 Pine Street
                        New York, NY 10005-1801
                        (212) 376-6400